**Summons**   (3/23)                                                            Case No. __2:26-cv-11059-RJW-CI__

| PROOF OF SERVICE |
| --- |

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

| CERTIFICATE OF SERVICE / NONSERVICE |
| --- |

☑ I served    ☑ personally    ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)    a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
| --- | --- |
| Elite Agency LLC c/o Tasha Clark, MANAGER | April 2, 2026 12:36 pm |

| Place or address of service |
| --- |
| 461 E Hillsboro Blvd, Ste 200, Deerfield Beach, FL 33441-3572 |

| Attachments (if any) |
| --- |
| SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☑ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

/s/ *Marian Forster*
Signature
Marian Forster

| Service fee | Miles traveled | Fee | | |
| --- | --- | --- | --- | --- |
| $ | | $ | | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE | Name (type or print) |
| $ | | $ | $ 85 | |

| ACKNOWLEDGMENT OF SERVICE |
| --- |

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                    Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Exhibit 1a)

