UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JUSTIN NELSON and REBECCA
MASSICOTTE, individually and on
behalf of others similarly situated,

      Plaintiffs,

v.

ELITE AGENCY LLC,

      Defendant.

_____/

Case No. 2:26-cv-11059-RJW-CI

Hon. Robert J. White

Magistrate Judge Curtis Ivy Jr.

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his

appearance as local counsel on behalf of Plaintiffs and the proposed class.

      Respectfully Submitted,

      BLACKMORE LAW PLC

      /s/ George T. Blackmore
      By: George T. Blackmore (P76942)
      1100 Owendale Drive
      Suite M
      Troy, MI 48083
      Phone: (888) 835-2993
      george@blackmore.law
      *Local Counsel for Plaintiff and the*
      *proposed class*

Dated: April 2, 2026

1

## CERTIFICATE OF SERVICE

I certify that on April 2, 2026, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore