# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

JUSTIN NELSON and
REBECCA MASSICOTTE,
individually and on behalf of a class of
all persons and entities similarly situated,
     Plaintiffs,

vs.

ELITE AGENCY LLC,
     Defendant.

Case No: 2:26-cv-11059

Hon. Robert J. White

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Justin J. Twigg of O'Hagan Meyer, PLLC, hereby enters their Appearance of Counsel on behalf of Defendant, Elite Agency, LLC, in this matter.

Dated: May 4, 2026

Respectfully submitted,

**O'HAGAN MEYER, PLLC**

/s/ *Justin J. Twigg*
Evan A. Burkholder (P67986)
Justin J. Twigg (P84023)
Attorneys for Defendant
21800 Haggerty Rd. Suite 113
Northville, MI 48167
(248) 896-1801 (Telephone)
eburkholder@ohaganmeyer.com
jtwigg@ohagameyer.com

1

## PROOF OF SERVICE

I hereby certify that on May 4, 2026, a copy of the foregoing pleading, was served upon the clerk of this court via the e-file and serve system which will send notification to all attorney of record.

/s/ *Justin J. Twigg*