## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

JUSTIN NELSON and
REBECCA MASSICOTTE,
individually and on behalf of a class of
all persons and entities similarly situated,
    Plaintiffs,

vs.

ELITE AGENCY LLC,
    Defendant.

Case No: 2:26-cv-11059

Hon. Robert J. White

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that James W. Davidson of O'Hagan Meyer LLC, hereby enters their Appearance of Counsel on behalf of Defendant, Elite Agency, LLC in this matter.

Dated: May 14, 2026

Respectfully submitted,

**O'HAGAN MEYER LLC**

By: */s/ James W. Davidson*
James W. Davidson
O'Hagan Meyer LLC
One E. Wacker Dr., Ste. 3400
Chicago, IL 60601
(312) 422-6148
jdavidson@ohaganmeyer.com

1

## <u>PROOF OF SERVICE</u>

I hereby certify that on May 14, 2026, a copy of the foregoing pleading was filed with this court via the CM/ECF system which will send notification to all attorneys of record.

<u>/s/ *James W. Davidson*</u>