**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF MICHIGAN**

| | |
|---|---|
| **JUSTIN NELSON and REBECCA MASSICOTTE,** individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ELITE AGENCY LLC**<br><br>Defendant. | Case No: 2:26-cv-11059-RJW-CI<br><br>Hon. Robert J. White |

**NOTICE OF WITHDRAWL OF DEFENDANT'S COMBINED 12(b)(2) AND 12(b)(3) MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND <u>IMPROPER VENUE</u>**

Defendant ELITE AGENCY, LLC ("Defendant"), hereby withdraws its previously filed Defendant's Combined 12(b)(2) and 12(b)(3) Motion and Memorandum in Support of Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and Improper Venue, which was filed on May 14, 2026, at Docket Entry Number ECF No. 9.

Plaintiff filing their First Amended Class Action Complaint filed on May 25, 2026, at Docket Entry number EFC No.10 has resolved the underlying issue, rendering the above-mentioned motion moot.

Dated: June 8, 2026

Respectfully submitted,

By:   /s/ *James W. Davidson*
        Attorney for Defendant
        James W. Davidson
        O'Hagan Meyer LLC
        One E. Wacker Dr., Ste. 3400
        Chicago, IL 60601
        (312) 422-6148
        jdavidson@ohaganmeyer.com

#12470187v1

**PROOF OF SERVICE**

I hereby certify that on June 8, 2026, a copy of the foregoing pleading was filed with this court via the CM/ECF system which will send notification to all attorneys of record.

*/s/ James W. Davidson*

2

#12470187v1