## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DIVISION OF MICHIGAN

JUSTIN NELSON and REBECCA MASSICOTTE, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

ELITE AGENCY LLC

Defendant.

Case No: 2:26-cv-11059-RJW-CI

Hon. Robert J. White

**DEFENDANT'S MOTION TO STAY AND EXTEND AND MEMORANDUM IN SUPPORT OF A MOTION TO EXTEND AND STAY THE DEADLINE TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT PENDING COURT'S DETERMINATION ON DEFENDANT'S FORTHCOMING PARTIAL MOTION TO DISMISS**

Defendant ELITE AGENCY, LLC ("Defendant"), hereby moves this Court for an Order to stay this action and extend the deadline to file a responsive pleading to Plaintiffs First Amended Complaint ("Complaint") in the above-captioned matter.

### STATEMENT OF COMPLIANCE WITH LOCAL RULE 7.1(a)

Pursuant to Eastern District of Michigan Local Rule 7.1(a), Defendant's counsel attempted to confer with Plaintiff's counsel regarding the relief sought in this Motion. On June 8, 2026, Defendant's counsel attempted to contact Plaintiff's counsel via telephone and email to explain the legal and factual basis for this Motion to Stay and Extend the Deadline to File a Responsive Pleading. Plaintiff's counsel did not respond to Defendant's relief requested, necessitating the filing of this Motion.

#12472096v1

**MEMORANDUM IN SUPPORT OF A MOTION TO EXTEND AND STAY THE DEADLINE TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT PENDING COURT'S DETERMINATION ON <u>DEFENDANT'S FORTHCOMING PARTIAL MOTION TO DISMISS</u>**

Pursuant to the Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2), Defendant will be filing a contemporaneously pending Partial Motion to Dismiss regarding Plaintiffs' Amended Complaint and hereby moves this Court for an Order to stay this action and extend the deadline to file a responsive pleading to the Complaint in the above-captioned matter.

1. At this time, Defendant's counsel is currently unable to have Defendant approve the drafted Partial Answer to Plaintiffs Amended Complaint and will not submit the Partial Answer without approval.

2. Defendant's counsel is currently in the middle of a trial and is unable to reach the Defendant before or after Defendant's counsel is in court.

3. This is Defendant's first response to Plaintiff's Amended Complaint and has worked diligently on communicating with Defendant and Opposing Counsel in efforts to reach an extension.

4. This extension of time to answer, or otherwise plead will not unduly delay this matter, and no party will be prejudiced by this extension of time. This extension will also prevent the waste of the Court's and Counsels' time and resources as Defendant's contemporaneously Partial Motion to Dismiss may dismiss a substantial portion of Plaintiff's Complaint.

WHEREFORE, Defendant Metrowest Community Federal Credit Union requests that the current stay be extended pending determination by the Court on Defendants contemporaneously Partial Motion to Dismiss.

Dated: June 8, 2026

#12472096v1

Respectfully submitted,

By:    */s/ James W. Davidson*
       Attorney for Defendant
       James W. Davidson
       O'Hagan Meyer LLC
       One E. Wacker Dr., Ste. 3400
       Chicago, IL 60601
       (312) 422-6148
       jdavidson@ohaganmeyer.com

3

#12472096v1

**<u>PROOF OF SERVICE</u>**

I hereby certify that on June 8, 2026, a copy of the foregoing pleading was filed with this court via the CM/ECF system which will send notification to all attorneys of record.

*<u>/s/ James W. Davidson</u>*

4

#12472096v1