## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DIVISION OF MICHIGAN

**JUSTIN NELSON and REBECCA MASSICOTTE,** individually and on behalf of a class of all persons and entities similarly situated, Plaintiff,

v.

**ELITE AGENCY LLC**

Defendant

Case No: 2:26-cv-11059-RJW-CI

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STAY AND EXTEND TIME TO ANSWER PENDING DETERMINATION OF DEFENDANT'S PARTIAL MOTION TO DISMISS**

This matter having come before the Court upon the Defendant's Motion to Extend Time to Answer or Otherwise Plead Pending Defendants Partial Motion to Dismiss, and good cause therefore having been shown, the Court rules as follows:

1. Defendant's time to answer or otherwise plead is hereby extended to fourteen (14) days following the Courts determination of Defendant's Partial Motion to Dismiss.

2. If Defendant's Motion to Dismiss is denied, Defendant shall hereby file an answer or otherwise plead within fourteen (14) days of such denial.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge

#12472296v1